UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERLIN VANARDO BROWN, | |
| Plaintiff, | CIVIL ACTION NO. 3:22-cv-01067 |
| v. | (SAPORITO, M.J.) |
| CCPM G. CLEMENS, et al., | |
| Defendants. | |

### ORDER

AND NOW, this 28th day of September, 2022, upon consideration of the plaintiff's brief in opposition to the defendants' motion to dismiss (Doc. 10), **IT IS HEREBY ORDERED THAT** counsel for the plaintiff is **ADMONISHED** to consult and, in the future, comply with the formatting requirements set forth in Local Rule 5.1.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge