# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Berlin Vanardo Brown
*Plaintiff,*                                        *Civil Action No. 3:22:CV-*
*V.*
*CCPM G. Clemens, Parole*                *1067- Magistrate Judge*
*Agent Patla, Correctional Officer*
*Bennings, Counselor Rhoades,*                 *Saporito*
*Superintendent L.Harry, Superintendent*
*Ransom, Grievance Coordinator Tonya*
*Heist, Keri Moore, Chief Grievance*
*Coordinator, Parole Agent Schealey*
*Layton, Parole Supervisor Bittner,*
*Board Secretary Deborah Carpenter,*
*Secretary John Wetzel*
*Defendants.*

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Berlin Brown in the above captioned matter hereby appeals to the United States Court of Appeals for the 3rd Circuit from the Order of Dec. 12, 2023 denying Plaintiff's Motion for Reconsideration of the Court's decision of September 25, 2023 granting Defendant's Motion to Dismiss this action.

Respectfully submitted,

 /s/ Angus Love

Attorney ID No. 22392
Law Offices of Angus Love
P.O. Box 521
Narberth, Pa. 19072
215-435-6345
*Attorney for Plaintiff*